```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 16037
   JAMES WINE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-1052

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/21/2008 and was not confirmed.

     The case was dismissed without confirmation 10/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CARPET CORNER              SECURED              480.00         .00          .00
CARPET CORNER              UNSECURED         NOT FILED         .00          .00
DIRECTV                    UNSECURED         NOT FILED         .00          .00
EMERGENCY MEDICAL SPECIA   UNSECURED         NOT FILED         .00          .00
CITY OF CHICAGO PARKING    UNSECURED            2838.30        .00          .00
DIRECTV                    UNSECURED         NOT FILED         .00          .00
TSI TELEPHONE CO           UNSECURED         NOT FILED         .00          .00
JUANITA NANCE              NOTICE ONLY      NOT FILED          .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         3,464.00                     .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                           --------------    --------------
TOTALS                            .00                     .00




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 16037 JAMES WINE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                                        PAGE   2
     CASE NO. 08 B 16037 JAMES WINE